## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

VICTOR W. VASEY                                                              PLAINTIFF

VS.                        1:08CV00046 SWW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                         DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #2) be and it hereby is DISMISSED, WITH PREJUDICE. Judgment shall be entered accordingly.

DATED this 3rd day of December, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE